```
 1  BILL LOCKYER, Attorney General
       of the State of California
 2  ARTHUR D. TAGGART, SBN 83057
       Lead Supervising Deputy Attorney General
 3  JEFFREY M. PHILLIPS, SBN 154990
       Deputy Attorney General
 4  Office of the Attorney General
    1300 I Street, Suite 125
 5  Post Office Box 944255
    Sacramento, California 94244-2550
 6  Telephone: (916) 445-1989

 7  Attorneys for Defendants
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. POTTS, D.D.S., and THE AMERICAN ACADEMY OF IMPLANT DENTISTRY,<br><br>Plaintiffs,<br><br>v.<br><br>KATHLEEN HAMILTON, in her Official Capacity as Director, California Department of Consumer Affairs; CYNTHIA GATLIN, Executive Officer, California Dental Board; and ALAN H. KAYE, D.D.S., President; MICHAEL PINKERTON, Vice-President, Public Member; LA DONNA DRURY-KLEIN, R.D.A., Secretary; DAVID I. BARON, Public Member; NEWTON GORDON, D.D.S., Member; LAWRENCE HYNDLEY, D.D.S., Member; PATRICIA OSUNA, R.D.H., Member; GEORGE SOOHOO, D.D.S., Member; ARIANE TERLET, D.D.S., Member; and CHESTER YOKOHAMA, D.D.S., Member, in their Official Capacities with the California Dental Board,<br><br>Defendants. | CIV.S-03-0348 DFL DAD<br><br>**STIPULATION TO CORRECT THE RECORD ON APPEAL; ORDER** |

DEFENDANTS present the following stipulation to correct the Record by adding the following deposition testimony that was erroneously omitted from the Record:

---

**STIPULATION TO CORRECT
THE RECORD ON APPEAL**                                   CIV.S-03-0348 DFL DAD

| Omitted page/ Pinpoint cite | Citation in Record | Plaintiff's Response |
|---|---|---|
| 1. Potts Dep., p. 45-46<br><br>(Potts Dep. 45:25-46:2) | Defendants' Separate Statement of Undisputed Material Facts ("SSUMF"), No. 2 | "Admitted, but irrelevant" (Pls. Response to Defs. SSUMF) |
| 2. Potts Dep., p. 97<br><br>(Potts Dep. 97:4-13) | Defendants' SSUMF No. 7. | "Admitted, but irrelevant. Potts could not remember. . ." (Pls. Response to Defs. SSUMF) |
| 3. Shuck Dep., p. 10<br><br>(Shuck Dep. 10:3-19) | Defendants' SSUMF No. 14. | "Admitted [but wrong cite]" (Pls. Response to Defs. SSUMF.) |
| 4. Shuck Dep., p. 10-11.<br><br>(Shuck Dep. 10:20-11:20) | Defendants' SSUMF No. 15. | "Partially Admitted. . ." (Pls. Response to Defs. SSUMF) |
| 5. Shuck Dep., p. 55<br><br>(Shuck Dep. 54:8-55:23) | Defendants' SSUMF No. 17; Defendants' MSJ at 13:10-11 | Partially Denied. Plaintiffs note that AAID's verification process is more then is done by the Dental Board to verify CE. . . (Pls. Response to Defs. SSUMF.) |
| 6. Shuck Dep., p. 66<br><br>(Shuck Dep. 66:2-7) | Defendants' SSUMF No. 18; Defendants' MSJ at 4:7 | "Admitted." (Pls. Response to Defs. SSUMF.) |
| 7. Shuck Dep., p. 195<br><br>(Shuck Dep. 195:14-19) | Defendants' SSUMF No. 29 | "Partially Denied..." (Pls. Response to Defs. SSUMF.) |
| 8. Stokes Dep., p.56 attached as Ex. 1 to Supplemental Decl. of Fay<br><br>(Stokes Dep. 56:5-13, 21-25) | Defendants' Opposition to Plaintiffs' MSJ at 14:7 and Defendants' Reply to Plaintiffs' Opposition to Defendants' Cross-MSJ at 9:11. | Reason<br>Supplemental Declaration of Fay was filed with the District Court on 2/27/04 but this document does not appear in the lower court's docket. |
| 9. Cogan Dep., p. 28-29 attached as Ex. 4 to Supplemental Decl. of Fay<br><br>(Cogan dep. at 28:24-29:12) | Defendants' Reply to Plaintiffs' Opposition to Defendants' Cross-MSJ at 9:24 | Supplemental Declaration of Fay was filed with the District Court on 2/27/04 but this document does not appear in the lower court's docket. |

Defendants request and Plaintiffs do not oppose correction of the record of this action to include the deposition testimony cited in the foregoing references and attached hereto. Specifically, the record should include the Deposition Testimony of Plaintiff, Michael Potts, D.D.S., taken on October 22, 2003, at pages 45-46, 97 (attached as Ex. A), the Deposition Testimony of James Vincent Shuck taken on November 13, 2003, at pages 10-11, 55, 66 and 195 (also attached as Ex. A), the Deposition Testimony of Lynne Stokes, taken on November 24, 2003, at page 56 (attached to Suppl Decl. of Fay as Ex. B), and the Deposition Testimony of Sandra R. Cogan, Ph.D., taken on November 19, 2003, at pages 28-29 (attached to Suppl Decl. of Fay as Ex. B), and that the Record should include the pinpoint citations, referenced above.

Dated: _____

BILL LOCKYER
Attorney General of the State of California
ARTHUR D. TAGGART
Lead Supervising Deputy Attorney General

By: _____
JEFFREY M. PHILLIPS
Deputy Attorney General

Attorneys for Defendants

Dated:_____

FRANK R. RECKER
FRANK R. RECKER & ASSOCIATES
CO., L.P.A. and

McDONOUGH, HOLLAND & ALLEN
A Professional Corporation

By: _____
ANN TAYLOR SCHWING
Attorneys for Plaintiffs

IT IS SO ORDERED.

05/09/2006

/s/ David F. Levi
JUDGE OF THE DISTRICT COURT

2

**STIPULATION TO CORRECT
THE RECORD ON APPEAL**

CIV.S-03-0348 DFL DAD