1  FRANK R. RECKER, ESQ. (Pro Hac Vice)
   FRANK R. RECKER & ASSOCIATES CO., L.P.A.
2  1850 San Marco Road, Suite A
   Marco Island, FL 34145-3014
3  Phone: 239.642.4704
   Fax:   239.642.5238
4
   ANN TAYLOR SCHWING, ESQ. (#91914)
5  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
6  500 Capitol Mall, 18th Floor
   Sacramento, CA 95814
7  Phone: 916.444.3900
   Fax:   916.444.3249
8
   Attorneys for Plaintiffs
9
   EDMUND G. BROWN JR., Attorney General
10    of the State of California
   ARTHUR D. TAGGART
11    Lead Supervising Deputy Attorney General
   JEFFREY M. PHILLIPS, State Bar No. 154990
12    Deputy Attorney General
   California Department of Justice
13 1300 I Street, Suite 125
   P.O. Box 944255
14 Sacramento, CA 94244-2550
   Telephone: (916) 324-6292
15 Facsimile: (916) 327-8643

16 Attorneys for Defendants

17

**FILED**

JUN 1 4 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

18                    UNITED STATES DISTRICT COURT

19                    EASTERN DISTRICT OF CALIFORNIA

20

| 21 | MICHAEL L. POTTS, D.D.S., and THE AMERICAN ACADEMY OF IMPLANT DENTISTRY, | ) | Case No. Civ. S-03-0348 JAM DAD |
|---|---|---|---|
| 22 | | ) | |
| 23 | Plaintiffs, | ) | **Stipulation and Order re: Evidence in Support of Pending Motions for Summary Judgment/ Summary Adjudication** |
| 24 | v. | ) | |
| 25 | BRIAN STIGER, in his Official Capacity as Director, California Department of Consumer Affairs, et al., | ) | Date: 07/07/10<br>Time: 9:00 a.m.<br>Courtroom: 6 – 14th Floor<br>Judge: John A. Mendez<br>Trial Date: Vacated<br>Action Filed: February 25, 2003 |
| 26 | | ) | |
| 27 | Defendants. | ) | |
| 28 | | | |

MHA
McDonough Holland & Allen PC
Attorneys at Law

1

Stipulation and Order Re: Evidence in Support of MSJ/ MSA

1    Plaintiffs Michael L. Potts, D.D.S., and The American Academy of Implant Dentistry
2 ("AAID") (collectively "plaintiffs"), and Brian Stiger, Director, California Department of Consumer
3 Affairs, and individually named members of the California Dental Board (sued only in their official
4 capacity) (collectively "defendants") hereby respectfully submit the following Stipulation and Order
5 regarding the admission of certain documents into evidence for the hearing on the Motions for
6 Summary Judgment/ Summary Adjudication set for July 7, 2010.
7    The parties agree that all documents filed after the discovery cut-off of December 1, 2003,
8 but submitted in support of and in opposition to the Cross-Motions for Summary Judgment that was
9 heard in this matter previously on or about March 10, 2004, may be relied upon by this court in the
10 pending Motions for Summary Judgment/ Summary Adjudication set for July 7, 2010, subject to any
11 challenges to admissibility under the Federal Rules of Evidence. Defendants withdraw their motion
12 to strike the Declarations of Armstrong and Stokes based on their filing date.
13    Furthermore, defendants withdraw their Evidentiary Objection and Motion to Strike the
14 Declaration of plaintiff Michael L. Potts, D.D.S. dated March 25, 2010 ("Potts II Declaration")
15 [Docket No. 169] and Declaration of Sharon Bennett dated March 30, 2010, with attached exhibits,
16 on the grounds that they filed after the discovery cut-off. [Docket No. 168].
17 //
18 //
19 //

1  All Declarations filed in support or in opposition to the pending Motions for Summary
2  Judgment/ Summary Adjudication currently set for July 7, 2010, may be considered, subject to any
3  challenges to admissibility under the Federal Rules of Evidence.

DATED: June 9, 2010

      FRANK R. RECKER
      FRANK R. RECKER & ASSOCIATES CO.,
      L.P.A.
      and

      McDONOUGH HOLLAND & ALLEN PC
      Attorneys at Law

      By: /s/
      ANN TAYLOR SCHWING
      Attorneys for Plaintiffs

      and

      EDMUND G. BROWN, JR.
      Attorney General of the State of California

      By: /s/
      JEFFREY M. PHILLIPS
      Deputy Attorney General
      Attorneys for Defendants

## ORDER

After considering the stipulation by the parties, and good cause appearing, it is so ordered.

Dated: 6-10-2010

The Honorable John A. Mendez
United States District Court Judge