EDMUND G. BROWN JR., Attorney General
 of the State of California
ARTHUR D. TAGGART
 Lead Supervising Deputy Attorney General
JEFFREY M. PHILLIPS, State Bar No. 154990
 Deputy Attorney General
California Department of Justice
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 324-6292
Facsimile: (916) 327-8643

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. POTTS, D.D.S., and THE AMERICAN ACADEMY OF IMPLANT DENTISTRY,<br><br>            Plaintiffs,<br><br>     v.<br><br>BRIAN STIGER, in his Official Capacity as Director, California Department of Consumer Affairs, et al.,<br><br>            Defendants. | Case No. Civ. S-03-0348 JAM DAD<br><br>**Order on (1) Defendants' Motion for Summary Judgment and**<br>**(2) Plaintiffs' Motion for Summary Adjudication** |

PDF created with pdfFactory trial version www.pdffactory.com

1  This matter came before the Court on July 14, 2010 on (1) the Motion for Summary
2  Judgment filed by Defendants Brian Stiger, Director, California Department of Consumer Affairs,
3  and individually named members of the California Dental Board (sued only in their official
4  capacity), and (2) the Motion for Summary Adjudication filed by Plaintiffs Michael L. Potts, D.D.S.,
5  and The American Academy of Implant Dentistry.
6  For the reasons stated in the attached transcript of the July 14, 2010 hearing (attached
7  as Exhibit A), both motions are DENIED.
8     1.  The Joint Pretrial Statement is due September 2, 2010.
9     2.  The Final Pretrial Conference is set for September 9, 2010 at 10:00 in
10         Courtroom Six.
11     3.  The Bench Trial is set for October 13, 2010 at 9:00 a.m. in Courtroom Six.
12  IT IS SO ORDERED.
13
14  DATED: August 17, 2010

                           /s/ John A. Mendez
                           HON. JOHN A. MENDEZ
                           U. S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

Approved as to Form

                FRANK R. RECKER
                FRANK R. RECKER & ASSOCIATES CO., L.P.A.

                and

                ANN TAYLOR SCHWING
                McDONOUGH HOLLAND & ALLEN PC
                Attorneys at Law

                and

                KENNETH C. MENNEMEIER
                MENNEMEIER, GLASSMAN & STROUD LLP


By: _____/s/_____
    Attorneys for Plaintiffs


EDMUND G. BROWN JR.
Attorney General of the State of California


By:_____/s/_____
    Jeffrey M. Phillips
    Deputy Attorney General
    Attorneys for Defendants

PDF created with pdfFactory trial version www.pdffactory.com

**Exhibit A**
**July 14, 2010 Hearing Transcript (Docket # 196)**
**(1) Defendants' Motion for Summary Judgment and**
**(2) Plaintiffs' Motion for Summary Adjudication**

PDF created with pdfFactory trial version www.pdffactory.com