UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. POTTS, D.D.S., and THE AMERICAN ACADEMY OF IMPLANT DENTISTRY,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BRIAN STIGER, in his Official Capacity as Director, California Department of Consumer Affairs, et al.,<br><br>　　　　　　Defendants. | Case No.S:03-CV-00348 JAM-DAD<br><br>**JUDGMENT** |

　　　　Pursuant to Rules 58 and 65 of the Federal Rules of Civil Procedure ("FRCP"), and for the reasons stated in the Court's October 15, 2010 ruling granting Plaintiffs' motion under FRCP Rule 52(c) (*see* Transcript of Court's Ruling on Rule 52(c) Motion; Doc. #231), the Court orders, adjudges, and decrees:

　　　　1.　The Court grants Plaintiff's request for declaratory relief and declares that section 651(h)(5)(A)") is unconstitutional both on its face and as applied to Plaintiffs Michael L. Potts, D.D.S. and The American Academy of Implant Dentistry;

　　　　2.　The Court grants Plaintiffs' request for injunctive

1

relief and permanently enjoins Defendants, and all persons under the control or supervision of Defendants, from implementing, applying, or otherwise enforcing the provisions of Section 651(h)(5)(A); and

    3.    The matter of attorneys' fees will be handled by motion in accordance with Local Rule 293.  *See* Second Amended Pretrial order, at 16:18-21 (Doc. #207).

    IT IS SO ORDERED.

DATED:  November 18, 2010.

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE