1  FRANK R. RECKER, ESQ (Pro Hac Vice)
   recker@ddslaw.com
2  FRANK R. RECKER & ASSOCIATES, CO., L.P.A.
   1850 San Marco Road, Suite A
3  Marco Island, FL 34145-3014
   Phone: 239.642.4704
4
   ANN TAYLOR SCHWING, ESQ. (#91914)
5  BEST BEST KRIEGER LLP
   400 Capitol Mall, Suite 1650
6  Sacramento, CA 95814
   Phone: 916.551.2098
7
   MENNEMEIER, GLASSMAN & STROUD LLP
8  KENNETH C. MENNEMEIER (SBN 113973)
   980 9th Street, Suite 1700
9  Sacramento, CA 95814
   Telephone:  (916) 553-4000
10 E-Mail: kcm@mgslaw.com

11 Attorneys for Plaintiffs

12 EDMUND G. BROWN JR., Attorney General
    of the State of California
13 ARTHUR D. TAGGART
    Lead Supervising Deputy Attorney General
14 JEFFREY M. PHILLIPS, State Bar No. 154990
    Deputy Attorney General
15 California Department of Justice
   1300 I Street, Suite 125
16 Sacramento, CA 94244-2550
   Telephone: (916) 324-6292
17 jeffrey.phillips@doj.ca.gov

18 Attorneys for Defendants

19                IN THE UNITED STATES DISTRICT COURT

20              FOR THE EASTERN DISTRICT OF CALIFORNIA

21 MICHAEL L. POTTS, D.D.S., and THE       ) CASE NO: S-03-0348 JAM DAD
   AMERICAN ACADEMY OF IMPLANT              )
22 DENTISTRY,                                ) **STIPULATION AND ORDER REGARDING**
                                             ) **PLAINTIFFS' MOTION FOR**
23          Plaintiffs,                      ) **ATTORNEY'S FEES**
                                             )
24 v.                                        )
                                             ) The Honorable John A. Mendez
25 BRIAN STIGER, in his Official Capacity as )
   Director, California Department of       )
26 Consumer Affairs, et al.,                 )
                                             )
27          Defendants.                      )
                                             )
28 _____ )

**RECITALS**

WHEREAS, since final judgment was entered in favor of Plaintiffs on November 18, 2010 (Doc. # 235), the deadline for Plaintiffs to file a motion for attorney's fees is currently December 16, 2010 (*see* Federal Rule of Civil Procedure 54(d)(2)(B) and Local Rule 293);

WHEREAS, Defendants' counsel has informed Plaintiffs that Defendants' counsel plans to be out of the office on vacation from December 15, 2010 thru January 5, 2011;

WHEREAS, the parties agree to the following schedule to accommodate Defendants' counsel's vacation;

Now, therefore, the parties enter into the following stipulation:

**STIPULATION**

The parties, by and through their respective attorneys, stipulate and agree as follows:

1. Plaintiffs will notice the motion for attorney's fees for a hearing date of February 23, 2011;

2. Plaintiffs' time to move for attorney's fees shall be extended to January 5, 2011, and

3. Any and all briefs filed in response to that motion will be filed in accordance with Local Rules 230(c)-(d).

Dated: December 3, 2010                MENNEMEIER, GLASSMAN & STROUD LLP
                                       KENNETH C. MENNEMEIER

                                By:    /s/ Kenneth C. Mennemeier
                                       Kenneth C. Mennemeier
                                       Attorneys for Plaintiffs

Dated: December 3, 2010                EDMUND G. BROWN JR.
                                       Attorney General of the State of California

                                By:    /s/ Jeffrey M. Phillips
                                       Jeffrey M. Phillips
                                       Deputy Attorney General, Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.   12/3/2010

                                       /s/ John A. Mendez, USDJ