FILED

MAY 05 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL L. POTTS and THE AMERICAN ACADEMY OF IMPLANT DENTISTRY, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> BRIAN STIGER, in his official capacity as Director, California Department of Consumer Affairs; et al., <br><br> Defendants - Appellants. | No. 10-17633 <br><br> D.C. No. 2:03-cv-00348-JAM-DAD <br> Eastern District of California, Sacramento <br><br> ORDER |

Appellants' motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

The parties shall bear their own costs and attorneys' fees on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: Ann Julius
Circuit Mediator

AJ/Mediation